```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    ROGELIO GONZALEZ-SOLORIO
 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    ) Case No. 10-332 WBS
                                 )
11              Plaintiff,       ) STIPULATION AND [PROPOSED ORDER]
                                 ) TO CONTINUE STATUS CONFERENCE TO
12       v.                      ) NOVEMBER 8, 2010
                                 )
13  ROGELIO GONZALEZ-SOLORIO,    ) Date:  October 4, 2010
                                 ) Time:  8:30 a.m.
14              Defendant.       ) Judge: Hon. William B. Shubb
    _____)
15
```

16      THE PARTIES HEREBY STIPULATE, through counsel, Michele Beckwith,

17 Assistant United States Attorney, and Michael Petrik, Jr., attorney for

18 Rogelio Gonzalez-Solorio, that the Court vacate the status conference

19 scheduled for October 4, 2010, at 8:30 a.m., and reset it for November

20 8, 2010, at 8:30 a.m.

21      Defense counsel requires the continuance to review the Advisory

22 Guideline Presentence Investigation Report, and a proposed plea

23 agreement, with Mr. Gonzalez-Solorio.

24      The parties further stipulate that the Court should exclude the

25 period from the date of this order through November 8, 2010, when it

26 computes the time within which the trial of the above criminal

27 prosecution must commence for purposes of the Speedy Trial Act.  The

28  Stipulation And [Proposed] Order        1                      10-332 WBS

parties stipulate that the ends of justice served by granting Mr. Gonzalez-Solorio's request for a continuance outweigh the best interest of the public and Mr. Gonzalez-Solorio in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: September 29, 2010          Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender
                                   Attorneys for Defendant

Dated: September 29, 2010          BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for Michele Beckwith
                                   _____
                                   MICHELE BECKWITH
                                   Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on November 8, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: September 30, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE