1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   ROGELIO GONZALEZ-SOLORIO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 10-332 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED ORDER] |
| | ) TO CONTINUE STATUS CONFERENCE TO |
| v. | ) DECEMBER 10, 2010 |
| ROGELIO GONZALEZ-SOLORIO, | ) Date:  November 19, 2010 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Garland E. Burrell, Jr. |

THE PARTIES HEREBY STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Rogelio Gonzalez-Solorio, that the Court vacate the status conference scheduled for November 19, 2010, at 9:00 a.m., and reset it for December 10, 2010, at 9:00 a.m.

Defense counsel requires the continuance to review the Advisory Guideline Presentence Investigation Report, and a proposed plea agreement with Mr. Gonzalez-Solorio.

The parties further stipulate that the Court should exclude the period from the date of this order through December 10, 2010, when it

Stipulation And [Proposed] Order            1                          10-332 WBS

computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Gonzalez-Solorio's request for a continuance outweigh the best interest of the public and Mr. Gonzalez-Solorio in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: November 18, 2010          Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M. Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
                                  Attorneys for Defendant

Dated: November 18, 2010          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M. Petrik for Michele Beckwith
                                  _____
                                  MICHELE BECKWITH
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on December 10, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: November 18, 2010

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

Stipulation And [Proposed] Order        2                        10-332 WBS