```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   ROGELIO GONZALEZ-SOLORIO
6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,     ) Case No. 10-332 GEB
                                 )
11               Plaintiff,      ) STIPULATION AND [PROPOSED ORDER]
                                 ) TO CONTINUE STATUS CONFERENCE TO
12      v.                       ) JANUARY 14, 2011 AT 9:00 A.M.
                                 )
13 ROGELIO GONZALEZ-SOLORIO,     ) Date:  December 10, 2010
                                 ) Time:  9:00 a.m.
14               Defendant.      ) Judge: Garland E. Burrell, Jr.
   _____)
15
```

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Rogelio Gonzalez-Solorio, that the Court vacate the status conference scheduled for December 10, 2010, at 9:00 a.m., and reset it for January 14, 2011, at 9:00 a.m.

Defense counsel requires the continuance to review the Advisory Guideline Presentence Investigation Report, and a proposed plea agreement with Mr. Gonzalez-Solorio. The parties anticipate resolution of this case.

The parties further stipulate that the Court should exclude the period from the date of this order through January 14, 2011, when it computes the time within which the trial of the above criminal

prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Gonzalez-Solorio's request for a continuance outweigh the best interest of the public and Mr. Gonzalez-Solorio in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: December 9, 2010                Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
                                       Attorneys for Defendant

Dated: December 9, 2010                BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for Michele Beckwith
                                       _____
                                       MICHELE BECKWITH
                                       Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on January 14, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: December 10, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge