1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   ROGELIO GONZALEZ-SOLORIO
6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )  Case No. 10-332 GEB
                                   )
11              Plaintiff,         )  STIPULATION AND [PROPOSED ORDER]
                                   )  TO CONTINUE STATUS CONFERENCE TO
12       v.                        )  FEBRUARY 18, 2011 AT 9:00 A.M.
                                   )
13  ROGELIO GONZALEZ-SOLORIO,      )  Date:   January 14, 2011
                                   )  Time:   9:00 a.m.
14              Defendant.         )  Judge:  Garland E. Burrell, Jr.
    _____)

15

16       THE PARTIES STIPULATE, through counsel, Michele Beckwith,

17  Assistant United States Attorney, and Michael Petrik, Jr., attorney for

18  Rogelio Gonzalez-Solorio, that the Court vacate the status conference

19  scheduled for January 14, 2011, at 9:00 a.m., and reset it for February

20  18, 2011, at 9:00 a.m.

21       Defense counsel requires the continuance to review the Advisory

22  Guideline Presentence Investigation Report, and a proposed plea

23  agreement with Mr. Gonzalez-Solorio.  The parties anticipate resolution

24  of this case at the next hearing date.

25       The parties further stipulate that the Court should exclude the

26  period from the date of this order through February 18, 2011, when it

27  computes the time within which the trial of the above criminal

28  Stipulation And [Proposed] Order          1                    10-332 WBS

prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Gonzalez-Solorio's request for a continuance outweigh the best interest of the public and Mr. Gonzalez-Solorio in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: January 7, 2011                    Respectfully submitted,

                                          DANIEL BRODERICK
                                          Federal Defender

                                          /s/ M.Petrik
                                          _____
                                          MICHAEL PETRIK, Jr.
                                          Assistant Federal Defender
                                          Attorneys for Defendant

Dated: January 7, 2011                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ M.Petrik for Michele Beckwith
                                          _____
                                          MICHELE BECKWITH
                                          Assistant U.S. Attorney


                                **ORDER**

     **IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on February 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated:  January 7, 2011


                                          _____
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge